UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PAUL SCHUMACHER,                    CASE NO.: 4:16-cv-01006

    Plaintiff,                     Hon. Vanessa D. Gilmore

v.

EDWARD LEVITAN,

    Defendant.
_____/

**<u>STIPULATION OF DISMISSAL</u>**

TO THE CLERK:

    Pursuant to Rule 41(a)(1)(A)(ii), the pro se Plaintiff and counsel for Defendant hereto stipulate to the dismissal with prejudice of this action and without cost to either party.

By: _____
Paul Schumacher
1512 Oakview Street
Bryan, Texas 77802
paul.r.f.schumacher@gmail.com
Pro Se Plaintiff

/s/ Jeffrey A. Backman
GREENSPOON MARDER, P.A.
Jeffrey A. Backman (admitted *pro hac vice*)
Fla. Bar No. 662501
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel:  (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
Attorney for Defendant


BY THE COURT:

_____

**CASE NO.: 4:16-cv-01006**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using CM/ECF which will serve copies to all counsel and parties of record registered to receive CM/ECF notification, and that it was served upon any other counsel and parties in some other authorized manner.

**SERVICE LIST**

Paul Schumacher
1512 Oakview Street
Bryan, Texas 77802
paul.r.f.schumacher@gmail.com
*Plaintiff Pro Se*

By: */s/ Jeffrey A. Backman*
    GREENSPOON MARDER, P.A.
    Richard W. Epstein (admitted *pro hac vice*)
    Fla. Bar No. 229091
    Jeffrey A. Backman (admitted *pro hac vice*)
    Fla. Bar No. 662501
    200 East Broward Blvd., Suite 1800
    Fort Lauderdale, Florida 33301
    Tel:  (954) 491-1120
    Fax: (954) 213-0140
    richard.epstein@gmlaw.com
    jeffrey.backman@gmlaw.com

    *Attorneys-in-Charge for Defendant Edward Levitan*

    SHEEHY, WARE & PAPPAS, P.C.
    Joseph A. Garnett
    Texas Bar No. 07680600
    Federal ID No. 8307
    909 Fannin Street
    Suite 2500
    Houston, Texas 77010
    Phone: 713-951-1016
    Fax: 713-951-1199
    jgarnett@sheehyware.com

    *Attorneys for Defendant Edward Levitan*